No. 245. SOUTHERN CALIFORNIA FREIGHT LINES *v.* McKEOWN. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Hugh Taylor Gordon, Jr.* for petitioner. *Mr.*

*Otis J. Baughn* for respondent.

